McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCIA SOARES NEASE,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00642-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

///
///
///
///
///
///
///
///

Re: <u>Nease v. GEICO</u>
Case No.: 2:19-cv-00642-JCM-VCF

Each party will bear their own costs and attorneys' fees.

DATED this 16 day of August, 2021

By _____
Michael C. Kane, Esq., Nevada Bar No. 10096
Bradley J. Myers, Esq., Nevada Bar No. 8857
The702Firm
400 South Seventh Street, Suite 400
Las Vegas, NV 89101
Tel. (702) 776-3333
Chad M. Golightly, Esq., Nevada Bar No. 5331
Golightly & Associates
8560 South Eastern Ave., Suite 240
Las Vegas, NV 89123
Tel.: (702) 222-3333
Attorneys for Plaintiff

DATED this 20th day of August, 2021

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED August 23, 2021.

_____
UNITED STATES DISTRICT JUDGE

7812709.1